Briccetti, J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6-1-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSE J. SANDOVAL,

                Plaintiff,

against

THE CANYON CLUB, INCORPORATED, NORTH
CASTLE LEISURE ENTERPRISES INCORPORATED,
MITSUBISHI INTERNATIONAL CORPORATION,
CANYON CLUB PARTNERS II, LLC a/k/a
BRYNWOOD PARTNERS, LLC d/b/a BRYNWOOD
GOLF AND COUNTRY CLUB, BRYNWOOD, INC.,
COALCO ASSET MANAGEMENT, LLC, CORIGIN
PRIVATE EQUITY GROUP, LLC, TROON GOLF, LLC,
and LOCAL 32BJ, SERVICE EMPLOYEES
INTERNATIONAL UNION, INC.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION AND ORDER OF DISMISSAL**

Civil Action No: 11 Civ. 00031 (VLB) (GAY)

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorneys' fees as to all claims in the above-captioned lawsuit be dismissed with prejudice, with each party to bear its own fees and costs.

Dated: May ___, 2012

| | |
|---|---|
| **Gould & Berg LLP** <br> *Attorneys for Plaintiff* | **Kaufman Dolowich Voluck & Gonzo LLP** <br> *Attorneys for Defendants Canyon Club Partners II, LLC a/k/a Brynwood Partners, LLC d/b/a Brynwood Gold and Country Club, Brynwood, Inc., Coalco Asset Management, LLC and Corigin Private Equity Group, LLC* |
| By: _____ <br> Jane B. Gould, Esq. <br> 222 Bloomingdale Drive, Suite 304 <br> White Plains, New York 10605 <br> (914) 397-1050 | By: _____ <br> Jeffery A. Meyer, Esq. <br> 135 Crossways Park Drive, Suite 201 <br> Woodbury, New York 11797 <br> (516) 681-1100 |

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
*Attorneys for Defendant Troon Golf, LLC*

By: *Cheryl M Stanton*

Cheryl M. Stanton, Esq.
10 Madison Ave, Suite 400
Morristown, New Jersey 07960
(973) 630-2319

**Local 32B/J, SEIU**

By: _____

Brent Garren, Esq.
Deputy General Counsel
25 W. 18 St.
New York, New York 10011
(212) 388-3943

So Ordered:

_____
U.S.D.J.

4814-6167-9119, v. 2

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
*Attorneys for Defendant Troon Golf, LLC*

By: _____

    Cheryl M. Stanton, Esq.
    10 Madison Ave, Suite 400
    Morristown, New Jersey 07960
    (973) 630-2319

**Local 32B/J, SEIU**

By: *[signature]*

    Brent Garren, Esq.
    Deputy General Counsel
    25 W. 18 St.
    New York, New York 10011
    (212) 388-3943

So Ordered:

*[signature]*
_____
U.S.D.J. Vincent L. Bricetti

Dated: June 1, 2012
White Plains, N.Y.

4814-6167-9119, v. 2

15